Mathias Leonhardt, Respondent, v. City of Yonkers, Appellant.— Motion granted. Present — Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

Enoch Wilber McBride, Appellant, v. County of Orange and Thomas B. Gibson, Treasurer, etc., Respondents.— Motion denied. Present — Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

Minnie Monchek, Landlord, Respondent, v. Harry Growman and Morris Toback, Tenants, Appellants.— Motion for stay denied, without costs, on the ground that the warrant had been executed prior to the issue of the stay here. Present — Blackmar, P. J., Mills, Putnam. Kelly and Jaycox, JJ.

James J. O'Brien, Respondent, v. Francis H. Weisbecker, Appellant. — Motion denied, with ten dollars costs. Present — Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

Smyrna Theatre Company, Respondent, v. Charles J. Missir, Appellant.— Motion denied, without costs. Present — Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

Jennie Laura J. Starke-Belknap, Respondent, v. The New York Central Railroad Company, Appellant.— Motion for leave to appeal to the Court of Appeals granted. Present — Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

Joseph A. Taylor, Respondent, v. Ellsworth Building Corporation and Clarence S. Whiting, Appellants, and Arthur W. Dennen, Defendant.— Motion for stay granted, on condition that the appeal be perfected and argued on Monday, October 3, 1921; otherwise, motion denied, with ten dollars costs. Present — Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

Sarah Whitaker, as Administratrix, etc., of Matthew Whitaker, Deceased, Respondent, v. Brooklyn City Railroad Company, Defendant, and John Wilfert Company, Appellant.— Motion denied. Present — Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

Sarah Whitaker, as Administratrix, etc., of Matthew Whitaker, Deceased, Respondent, v. Brooklyn City Railroad Company, Defendant, and John Wilfert Company, Appellant.— Motion denied. Present — Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

William E. White, Respondent, v. Nathan Schweitzer and Isidor S. Schweitzer, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Stay continued pending an application to that court. Present — Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

Louis Arnold, Respondent, v. Minnie S. Pevear, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Mills, Rich, Kelly and Manning, JJ.

James Auditore, Respondent, v. Santiago Briones, Appellant.— Judgment reversed and new trial granted, with costs to abide the event, upon the ground that the facts found in the decision established merely a breach by the defendant of a contract to take the plaintiff into partnership with him in the business of operating the pier, and that the plaintiff's damages